UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN BAXA ET AL | CIVIL ACTION |
| V. | NO. 17-5434 |
| SETERUS, INC. | SECTION "H"(5) |

JUDGMENT

For reasons issued July 31, 2018 (Doc. 39) & March 25, 2019 (Doc 68);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE.**

Signed in New Orleans, Louisiana, this 25th day of March, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE